No. 36,514

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Plaintiff, v. CHARLES F. HOBBS, as Commissioner of Insurance, etc., *Defendant.*

(162 P. 2d 82)

Opinion filed October 8, 1945.

*M. F. Cosgrove,* of Topeka, was on the briefs for the plaintiff.

*A. B. Mitchell,* attorney general, was on the briefs for the defendant.

*Per Curiam:* The questions presented in this action have been fully considered and discussed in *In re Insurance Tax Cases,* decided September 15, 1945, ante, p. 300, and this action is controlled thereby.

The writ of mandamus sought is denied.